UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA TAMPA
DIVISION

In re:   ASKINS, ROLAND VANCE, III,                    Case No. 8:18-bk-08833-CPM
                                                        Chapter 7
         Debtor.
_____/

Motion for Violation of Section 362 Automatic Stay

By Creditor Teresa Williams

Comes now, the Debtor and files this Motion for Violation of the 362 Automatic Stay by Creditor Teresa Williams and states:

1. The Debtor filed his Petition for Relief under Chapter 7 of Title 11, United States Code on October 15, 2018.

2. The Creditor Teresa Williams was properly listed as a creditor care of her counsel in the following manner: Teresa Williams c/o Tilden & Prohidney PL, 431 12th St W Unit 204, Bradenton, FL 34205-7867.

3. Notwithstanding such notice, the Creditor, through her counsel, caused to be filed a Motion for Order to Show Cause and Notice of Hearing on January 2, 2019 in violation of the Automatic Stay. A copy of the Motion for Order to Show Cause is attached hereto.

4. The Debtor has been damaged by the actions of Creditor Teresa Williams and her attorney.

5. The Debtor has retained the undersigned and is obligated to pay him a reasonable fee. Wherefore, the Debtor respectfully requests an order from the this court sanctioning Teresa Williams, her counsel, required the Creditor and Counsel to pay the Debtor's reasonable attorney fees and for such other relief as the court deems fit.

I certify that a copy of this document was electronically served to the parties below on January 19, 2019.

Teresa Williams c/o
Jesse M. Tilden
431 1th St. West, Ste. 204
Bradenton, FL 34205
service@tildenprohidney.com

Jesse M. Tilden
431 1th St. West, Ste. 204
Bradenton, FL 34205
service@tildenprohidney.com

Chapter 7 Trustee

US Trustee

/s/ Scott T. Orsini
Scott T. Orsini
Attorney for Debtor
Florida Bar Number: 855855
5315 1st Avenue S.
SAINT PETERSBURG, FL  33707
Telephone: (727) 323-9633
Fax: (727) 323-5149
E-Mail: sorsini@attorneysusa.com
Secondary E-Mail: orsinilaw1995@gmail.com

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL
CIRCUIT IN AND FOR SARASOTA COUNTY, FLORIDA
CIVIL DIVISION

TERESA A. WILLIAMS,

    Plaintiff,                                    Case No. 2017 CA 006036 NC

vs.

ASKINS & MILLER ORTHOPAEDICS, P.A.,
GULFCOAST SURGERY CENTER, INC.,
ROLAND V. ASKINS, III, and PHILLIP H. ASKINS,

    Defendants.
_____/

**MOTION FOR ORDER TO SHOW CAUSE AND NOTICE OF HEARING**

TO:     ASKINS & MILLER ORTHOPAEDICS, P.A., GULFCOAST SURGERY CENTER, INC., ROLAND V. ASKINS, III, and PHILLIP H. ASKINS.

YOU ARE NOTIFIED that Plaintiff will apply to the Honorable Hunter W. Carroll, Circuit Judge, on January 28th, 2019, at 9:00 a.m., at the Judge Lynn N. Silvertooth Judicial Center, 2002 Ringling Blvd., Sarasota, FL 34237 in Courtroom 6A, for an order adjudging ASKINS & MILLER ORTHOPAEDICS, P.A., GULFCOAST SURGERY CENTER, INC., ROLAND V. ASKINS, III, and PHILLIP H. ASKINS. in contempt of court for violation of the terms of the judgments entered by this court on February 22, 2018 and May 22, 2018, by failing to complete and return the Fact Information Sheet to Plaintiff's counsel, and I certify that copies thereof have been furnished to ASKINS & MILLER ORTHOPAEDICS, P.A., GULFCOAST SURGERY CENTER, INC., ROLAND V. ASKINS, III, and PHILLIP H. ASKINS. by mail on February 23, 2018 and May 23, 2018.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision**

of certain assistance. Please contact Sarasota County Jury Office, P.O. Box 3079, Sarasota, Florida 34230, Telephone: (941) 861-7400 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before your scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on Askins & Miller Orthopaedics, P.A., c/o Roland V. Askins, III, as Registered Agent, at 2463 Waneta Drive, Sarasota, FL 34231, Gulfcoast Surgery Center, Inc., c/o Phillip H. Askins, as Registered Agent, Phillip H. Askins, Roland V. Askins, III and Phillip H. Askins, at 4937 Clark Road, Sarasota, FL 34233 on this 2nd day of January, 2019.

Respectfully submitted,

TILDEN & PROHIDNEY, PL

/s/ Jesse M. Tilden
Jesse M. Tilden
FBN: 0550566
431 12th St. West, Ste. 204
Bradenton, FL 34205
Phone: 941.243.3959
Fax:    800.856.5332
Primary Service Email:
service@tildenprohidney.com
Attorneys for Plaintiff