ORDERED.

**Dated:  July 30, 2019**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                Case No. 8:18-bk-08833-CPM

Roland Vance Askins, III,                                Chapter 7

      Debtor.
_____/

### ORDER DISQUALIFYING JUDGE AND
### DIRECTING THE CLERK TO REASSIGN CASE

THIS CASE came on for consideration on the Court's own motion for the purpose of considering the entry of an appropriate order.  It has only recently come to my attention that this case involves a family who are long-time friends of mine.  Consequently, I find that it is appropriate to disqualify myself from this case under 28 U.S.C. § 455(a).  *See e.g., In re Syntax-Brillian Corp.*, 400 B.R. 21 (Bankr. D. Del. 2009) (judge must recuse himself or herself when there is even an appearance of bias, regardless of whether actual bias exists).  Accordingly, it is

**ORDERED**:

1.      I am disqualified from conducting any further proceedings in this case.

2.      The Clerk is directed to reassign this case to another United States Bankruptcy Court Judge  within the Tampa Division in accordance with Local Rule 1073-1(d)(1).

The Clerk is directed to serve a copy of this order on the Debtor and interested non-CM/ECF filer.