**[Dntcdrds]** [Notice of Denial/Revocation of Discharge(BK)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:   Case No. 8:18−bk−08833−RCT
   Chapter 7

Roland Vance Askins, III

_____Debtor*_____/

NOTICE OF DENIAL OF DISCHARGE

PLEASE TAKE NOTICE that on July 30, 2020 the Court entered a judgment in Adversary Proceeding 8:19−ap−00497−RCT which provided that the discharge of Debtor Roland Vance Askins, III is denied pursuant to 11 U.S.C. § 727.

Dated: July 30, 2020

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.